### 2885.  POWELL *v.* CITY OF ATLANTA.

RUSSELL, J.  The petitioner not having made and filed the affidavit re-
quired by law, the judge did not err in refusing to sanction the petition
for certiorari and in denying the writ.          *Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Petition for certiorari; from Fulton    superior    court—Judge
Pendleton.  July 22, 1910.

*R. J. Jordan,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.